IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AT ELKINS

HOWARD E. MEYER,
an individual,

Plaintiff,

vs.                                                                 Civil Action No. 2:06-cv-123

ALPINE LAKE PROPERTY OWNERS
ASSOCIATION, INC.,

Defendant.

## ORDER

Pursuant to the agreement between the parties, the Court hereby **GRANTS** the Joint Motion to Amend the Scheduling Order and extends the deadlines relating to expert witnesses as follows: parties disclose expert witnesses by **March 31, 2008**; rebuttal expert witness disclosures due by **April 30, 2008**; and expert witness depositions completed by **May 15, 2008**. No other dates in the previously entered Scheduling Order shall be affected by this Order.

It is further hereby **ORDERED** that the Clerk send certified copies of this Order to all counsel of record.

ENTERED this _26_ day of _February_, 2008

John S. Kaull, U.S. Magistrate Judge